FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

TERESA S.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. 1:18-cv-03193-RHW

**ORDER GRANTING MOTION FOR REMAND FOR FURTHER PROCEEDINGS**

Before the Court is a Stipulated Motion for Remand and jointly move the Court to remand for further administrative proceedings. **ECF No. 12.** Based on the agreement of the parties and the record, the Court finds good cause to grant the motion.

The Commissioner's decision to deny Plaintiff's application for disability benefits is **REVERSED** and **REMANDED** for further proceedings including a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the administrative law judge shall: (1) reevaluate the opinion evidence of record; (2) reassess Plaintiff's maximum residual functional capacity; (3) offer Plaintiff the opportunity for a hearing; and (4) take any further action needed to complete the administrative record.

**ORDER GRANTING MOTION FOR REMAND ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, **ECF No. 12**, is **GRANTED**.

2. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further administrative proceedings consistent with this order.

3. All pending motions in this matter are now moot.

4. Reasonable attorney fees may be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412 and/or 28 U.S.C. § 1920, upon proper request to the Court.

5. The District Court Executive shall enter judgment for the Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file.**

**DATED** this 17th day of April, 2019.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING MOTION FOR REMAND ~ 2**